# United States District Court
## Southern District of Georgia

Cato Walthour
_____
Plaintiff

v.

Rayonier Inc.
_____
Defendant

Case No. CV 206-41

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 6th day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| | |
|---|---|
| **NAME OF PETITIONER:** | Evan H. Pontz |
| **Business Address:** | Troutman Sanders LLP |
| | Firm/Business Name |
| | Suite 5200 Bank of America Plaza |
| | Street Address |

| 600 Peachtree St., N.E. | Atlanta | GA | 30308 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| 404-885-3518 | 583577 |
| Telephone Number (w/ area code) | Georgia Bar Number |

10