AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CATO WALTHOUR

JUDGMENT IN A CIVIL CASE

v.                                    CASE NUMBER:   CV206-41

RAYONIER INC.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered December 22, 2006, that claims of plaintiff, CATO WALTHOUR, against defendant, RAYONIER INC., are dismissed.

| 12/22/2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03