IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 MAR 16 A 9: 44

CATO WALTHOUR, JR.

vs.

RAYONIER, INC.

CV206-41
Appeal No. 07-10362-II

## ORDER

Pursuant to 11th Cir.R.42-2c, this appeal is hereby dismissed for want to prosecution because the appellant has failed to file the appellant's brief and record excerpts within the time fixed by the rules, effective this 13th day of March, 2007.

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED,** this ___16___ day of ~~February 2007~~ March.

_____
Anthony A. Alaimo
Judge, Untied States District Court
Southern District of Georgia